AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JEROME CURRY, JR.,

        Petitioner,

        v.

UNITED STATES COURT,

        Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-09-274-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED this action is DISMISSED in the alternative for lack of jurisdiction over the Respondent.

September 15, 2009           JAMES R. LARSEN
*Date*           *Clerk*
         s/ Cheryl Switzer
         *(By) Deputy Clerk*
         Cheryl Switzer